FILED

2016 FEB -5 PM 2: 15

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>INFORMATION</u> |
| | ) | |
| Plaintiff, | ) | **1:16 CR 0041** |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 21, Sections 841(a)(1) and |
| WALTER WALKER, | ) | (b)(1)(A), United States Code, |
| | ) | and Title 18, Section 1957, |
| Defendant. | ) | United States Code |

<u>Count 1</u>

JUDGE LIOI

The United States Attorney charges:

Beginning at least as early as April 2014, and continuing until at least on or about April 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, WALTER WALKER, the defendant herein, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with diverse others known and unknown, to possess with intent to distribute and to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A).

## Count 2

The United States Attorney further charges:

On or about July 9, 2013, in the Northern District of Ohio, Eastern Division, the Defendant, WALTER WALKER, did knowingly engage and attempt to engage in a monetary transaction, by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, providing Horseshoe Cleveland Casino $22,300 United States currency for the purchase of $22,300 worth of casino chips from Horseshoe Cleveland Casino, such property, to wit, the currency that was provided to Horseshoe Casino Cleveland, having been derived from a specified unlawful activity, that is, distribution of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and the amount of the financial transaction was in an amount greater than $10,000, in violation of Title 18, United States Code, Section 1957.

STEVEN M. DETTELBACH
United States Attorney

By: *[signature]*
JOSEPH M. PINJUH
Chief, OCDETF Unit